Decided September 5, 2007

■

THEODORE B. MULLE, JR., ET AL. *v.* BRIAN MCCAULEY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 102 Conn. App. 803 (AC 27604), is denied.

*Gerald L. Garlick*, in support of the petition.

*Patrick E. Power*, in opposition.

Decided September 5, 2007

■

EDWARD C. DEMERS, JR. *v.* STEVEN C. ROSA

The plaintiff's petition for certification for appeal from the Appellate Court, 102 Conn. App. 497 (AC 27713), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*John K. McDonald*, in support of the petition.

*David Compagnone*, in opposition.